

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2018

No. 04-17-00721-CR

**EX PARTE BRANDON STANLEY GRIGG,**

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 497283
Honorable Karen Crouch, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

We abated this appeal and remanded the case to the trial court to make findings of fact and conclusions of law. The trial court's findings of fact and conclusions of law have been filed in this court. We therefore order that this appeal be reinstated on this court's active docket.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court